07-1

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| **United States District Court** | District: Delaware |
| Name: Verlin Alexander | Prisoner No. SBI# 098778 / Case No. ID# 0511011555 |
| Place of Confinement: Howard R. Young Correctional Institution, 1301 East 12th Street, Wilmington, DE 19809 | |
| Name of Petitioner (include name under which convicted): Verlin Alexander | Name of Respondent (authorized person having custody of petitioner): v. Raphael Williams, Warden, et al. |
| The Attorney General of the State of: Delaware, Carl Danberg, Attorney General | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Superior Court of the State of Delaware for New Castle County

2. Date of judgment of conviction: "Extradition Order" entered on 12/20/2005

3. Length of sentence: Extradited In Violation of the Interstate Agreement on Detainers Act, Article III and V(c).

4. Nature of offense involved (all counts): Felony One: Sexual Assault

FILED
JAN -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned
Receipt # 145829

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐   (Haven't Been Tried)
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

       (1) Name of court _____

       (2) Result _____

       _____

       (3) Date of result and citation, if known _____

       (4) Grounds raised _____

       _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

       (1) Name of court _____

       (2) Result _____

       _____

       (3) Date of result and citation, if known _____

       (4) Grounds raised _____

       _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐ No ☐

 (5) Result _____

 (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

 (1) Name of court _____

 (2) Nature of proceeding _____

_____

 (3) Grounds raised _____

_____

_____

_____

_____

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐ No ☐

 (5) Result _____

 (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
 (1) First petition, etc.  Yes ☐ No ☐
 (2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

 Delaware does not afford an aggrieved party the right of review from an Order of Extradition. See United States Ex Rel. Grano v. Anderson, 318 F. Supp. 263 (D. Del. 1970), aff'd, 446 F.2d 272 (3d Cir. 1971)

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

 CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Delaware violated the Terms of the Interstate Agreement on Detainers Act, Article III and V(c)

Supporting FACTS (state *briefly* without citing cases or law) The State of Delaware failed to transport and Try Petitioner in a 180 day after Petitioner signed Waiver to return to Delaware to be tried on December 20th 2005, and the State of Delaware Prosecutors did not bring Petitioner to Delaware to be tried untill October 26, 2006. Pursuant to the Interstate Agreement on Detainers Act, III and V(c), all Charges must be dismissed and Petitioner Discharged.

B. Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____
    Extradition is a Federal Question exclusively for Federal Court Review in the State of Delaware. See: Grano v. Anderson, Supra.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒   No ☐   Motion To Dismiss (Superior Court of Delaware For New Castle County)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ___Public Defenders Office___

    (b) At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*Dec. 26, 2006*
(date)

*[signature]*
Signature of Petitioner

(7)

MR. USIELIN ALEXANDER SBI# 098778
HOWARD R. YOUNG Correctional Institution
1301 EAST 12TH Street
Wilmington, DE. 19809

WILMINGTON DE
29 DEC 2006 PM

Office of the Clerk
United States District Court
844 N. King St. Lockbox #18
Wilmington, DE. 19801-3570