IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN J. ALEXANDER<br>-V- Petitioner | Civil Action |
| RAPHAEL WILLIAMS, ET AL.,<br>Respondents. | NO. 07-CV-1, JJF |

MEMORANDUM OF LAW IN SUR OF PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS 28 U.S.C. 2254

TO: THE HONORABLE JUDGE JOSEPH J. FARNAN, JR. OF THE ABOVE-SAID COURT:

THE PETITIONER, VERLIN J. ALEXANDER, PRO-SE, RESPECTFULLY REQUEST THAT THIS HONORABLE COURT GRANT A WRIT OF HABEAS CORPUS FOR THE REASONS THAT FOLLOW:

1. THIS HONORABLE COURT HAS THE AUTHORITY AND JURISDICTION TO ENTERTAIN THIS MATTER PURSUANT TO UNITED STATES EX REL. GRAND -V- ANDERSON, 318 F. SUPP. 263 (D. DEL. 1970), AFF'D, 446 F.2D 272 (3D CIR. 1971),

"WHERE SUPERIOR COURT RULES 35 AND 61, ON ITS FACE DOES NOT AFFORD AN AGGRIEVED PARTY THE RIGHT OF REVIEW FROM AN ORDER OF EXTRADITION AND 10 DEL.C. § 6902 EXPRESSLY EXEMPTS EXTRADITION PROCEEDING FROM THE RIGHT OF REVIEW BY WAY OF HABEAS CORPUS, THE COURT COULD NOT CONCLUDE THAT THIS PETITIONER HAS FAILED TO EXHAUST STATE REMEDIES

THE STATE OF DELAWARE HAS NOT NO STATE REMEDY EXISTS TO REVIEW EXTRADITION; WHERE EXTRADITION IS A FEDERAL QUESTION; CUYLER -V- ADAMS, 101 S.CT. 703 (1981).

THE DELAWARE STATE OFFICIALS VIOLATED THE TERMS OF THE UNIFORM CRIMINAL EXTRADITION ACT, PETITIONER WAS ENTITLED TO THE PROCEDURAL PROTECTIONS OF THAT ACT, PURSUANT TO CUYLER-V-ADAMS, SUPRA., CITING MAINE -V-THIBOUTOT, 448 U.S. 1, 100 S. CT. 2502, 65 L.ED. 2D 555 1980), AND ALSO; THE DUE PROCESS AND EQUAL PROTECTION OF LAW CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, WHEN PETITIONER WAS EXTRADITION FROM PENNSYLVANIA TO DELAWARE BY DELAWARE STATE OFFICIALS KNOWING THAT THEY WERE IN VIOLATION OF THE TIME PROCEDURE BY WAITING TO OCTOBER 2006 TO EXTRADITE PETITIONER AFTER MAKING A DECEMBER 2005 REQUISITION.

WHEREFORE, THE ABOVE-SAID REASONS THE PETITIONER RESPECTFULLY REQUEST THAT THIS HONORABLE COURT GRANT A WRIT OF HABEAS CORPUS DISCHARGING THE PETITIONER IN THE INTEREST OF DUE PROCESS AND EQUAL PROTECTION OF THE LAWS.

RESPECTFULLY SUBMITTED

*[signature]*

DATED: JANUARY 22, 2007

VERLIN J. ALEXANDER
SBI # 098778
HOWARD R. YOUNG CORRECTIONAL INST.
1301 E. 12TH STREET
WILMINGTON, DELAWARE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN J. ALEXANDER<br>-v- Petitioner<br><br>RAPHAEL WILLIAMS, ET AL.,<br>Respondents. | CIVIL ACTION<br><br>NO 07-CV-1, JJF |

CERTIFICATE OF SERVICE

I, VERLIN J. ALEXANDER, PETITIONER, PRO-SE, HEREBY CERTIFY THAT ON THIS 22nd DAY OF JANUARY, 2007, I CAUSED TO BE SERVED A COPY OF THE FOREGOING, "MEMORANDUM OF LAW IN SUR OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS 28 U.S.C. 2254, BY U.S. MAIL, PREPAID, UPON THE FOLLOWING PARTY:

JOSEPH R. BIDEN, III
ATTORNEY GENERAL OF DELAWARE
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

RESPECTFULLY SUBMITTED

_Verlin J Alexander_
VERLIN J. ALEXANDER
SBI # 098778
HOWARD R. YOUNG CORRECTIONAL INST.
1301 E. 12th STREET
WILMINGTON, DELAWARE 19809

MR. VERLIN ALEXANDER
SBI # 098778
HOWARD R. YOUNG CORRECTIONAL INST.
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809

CLERK
U.S. DISTRICT COURT
LOCKBOX #18
844 NORTH KING STREET
WILMINGTON, DELAWARE
19801