IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VERLIN ALEXANDER,           )
                            )
            Petitioner,     )
                            )
v.                          )    Civil Action No. 07-01-JJF
                            )
RAPHAEL WILLIAMS,           )
Warden, ATTORNEY            )
GENERAL OF THE STATE        )
OF DELAWARE,                )
                            )
            Respondents.    )



**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. \_\_X\_\_\_    I wish to amend my § 2254 petition to include all the grounds I have.  I will do so within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

                          that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                          *[signature]* 1/23/07.
                          Petitioner

MR. VIOLIN ALEXANDER
SBI # 098-778
Howard R. Young Correctional Inst.
1301 East 12th Street
Wilmington, Del. 19809

Office of the Clerk
United States District Court
844 North King Street
Lockbox #18
Wilmington, Delaware 19801-3570

WILMINGTON DE 197
24 JAN 2007 PM 1 L

19801+3570