D.I. #_____

# CIVIL ACTION
# NUMBER: 07CV01 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**Receipt 1:** 7005 1820 0004 3169 7296

- Postage: $1.71
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Postmark: MAR 21 2007, WILMINGTON DE RODNEY SQ.
- Total Postage & Fees: $5.36
- Sent To: WARDEN RAPHAEL WILLIAMS
- Street: HOWARD YOUNG CORR. INSTITUTION, 1301 EAST 12th STREET
- City, State, ZIP: WILM, DE 19809
- 07CV01JJF

**Receipt 2:** 7005 1820 0004 3169 7289

- Postage: $1.11
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Postmark: MAR 21 2007, WILMINGTON DE RODNEY SQ.
- Total Postage & Fees: $5.36
- Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
- Street: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
- City, State, ZIP: WILMINGTON DE 19801
- 07CV01JJF