U. S. District Court
District of Delaware

Alexander
   -v-
Williams et al

Case Number: 1:07-CV1 (JJF)

RECEIVED MAY 10 2007

To: Judge Joseph J. Farnan Jr.

Sir, my name is Verlin Alexander, SBI # 098778, ID # 0511011555 and I am housed at H.R.Y.C.I. 1301 East 12th Street Wilmington, Del. 19809

Sir, I am inquiring about a Habeas Corpus document on the above-mention case, which was served to/on Mr. Williams on March 23, 2007 and to be answered by May 7, 2007 per your document that was sent to me and I recieved on March 28, 2007.

Sir, would you please, inform me as to the outcome of the Habeas Corpus document that I submitted to you, Sir. I also thought, as to my understanding, your Honor, that I was to appear in your court room on May 7, 2007, surrounding the above mention case, # 1:07-cv-1 (JJF).

Sir, I was also informed that you are a fair and unbias judge and I appreciate the time that you are taking to read this letter and also to give/send me an answer.

Please advise me, your Honor, am I entitled to some explanation to what is being stated against

my person and to respond to what is being stated against me and this is the right of everyone.

Sir, also, if you would take a little time out of your busy schudule to read ALL DOCUMENT'S THAT I HAVE PRESENTED YOU WITH AND ALL THE DOCUMENT'S THAT THE PATHONOTARY'S OFFICE HAS; I am sure that you will find that I have proven that this is an unwarranted case and also an illegal case; especially based upon the date's, the accuser's statement's, the time span of the arrest and date of first warrant. The unresponsiveness of the Interstate Detainer's Act, which was totally ignored by the State of Delaware for the extradition of the defendant, Mr. Alexander, from Pennsylvania.

I Sir, respectfully ask, that you read all the documents very carefully for the inconsistently in the date's and time's by the accuser's own statement; to the date and time offense was supposed to have occurred.

It seems that I am recieving no kind of response or help or justice, from anyone; including Mr. Dade Werb my attorney.

Your honor, I send this letter in good faith, humbly requesting your utmost attention to the matter at hand, the above mention case, #1:07-cv-1(JJF).

DATED: MAY 8, 2007

1 OF 6

AWAITING RESPONSE
   PLEASE

RESPECTFULLY SUBMITTED
VERLIN ALEXANDER
*Verlin Alexander* (signature)
HOWARD R. YOUNG
CORRECTIONAL INST.
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
SBI # 098778

CASE # 1:07-CV-1 (JJF)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE }
NEW CASTLE COUNTY }

<u>VERLIN ALEXANDER</u>, BEING SWORN, SAYS:
   I SERVED A COPY OF THE MOTION TO DISMISS ALL CURRENT CHARGES BASED UPON THE INFORMATION IN/ON ALL DOCUMENTS WITHIN THE HAND'S OF THE PATHONOTARY'S OFFICE AND THE HAND'S OF JUDGE/JUDGE'S, VIA MAIL BY THE WAY FOR THE DEPARTMENT OF CORRECTIONS ON THE <u>8</u>TH DAY OF <u>MAY</u>, 200<u>7</u>.

---

DEPUTY ATTORNEY
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 NORTH FRENCH STREET
WILMINGTON, DEL. 19801

PUBLIC DEFENDER'S OFFICE
820 NORTH FRENCH ST.
WILMINGTON, DEL. 19801

---

M.P.C.J.F.
1301 EAST 12TH ST
WILMINGTON, DEL. 19809

DATED: <u>MAY 8, 2007</u>

MR Uerlin Alexander
SBI #098778
H.R.Y.C.I.
1301 East 12th St.
Wilmington, Del. C. 19809

To/ Judge Joseph J. Farnan Jr.
U.S. District Court
District of Delaware
844 King Street
Wilmington, Del. 19801

WILMINGTON DE 197
08 MAY 2007 PM 1 L

X-RAY