IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VERLIN J. ALEXANDER** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-01-JFF |
| | ) | |
| **RALPH WILLIAMS**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Verlin Alexander, has applied for federal habeas relief, seeking pretrial dismissal of pending state court criminal charges. D.I. 1, at 5. The undersigned filed an answer to the petition on May 7, 2007.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3.  In the past week, counsel has filed, and continues to work on, numerous matters in State courts, including an answering brief in a non-capital first degree murder direct appeal. As a result, the undersigned has been unable to obtain the certified state court records in order to file them with the respondents' answer. The undersigned now anticipates obtaining and copying the records on or before June 15, 2007. This is the second request for an extension to file these records

1

4.  Respondents submit that an extension of time to June 15, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: May 30, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General

Date: May 30, 2007                                    Counsel for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on May 30, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Verlin Alexander
    No. 098778
    Howard R. Young Correctional Institution
    1301 East 12th Street
    Wilmington, DE 19809

    /s/Kevin M. Carroll
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4836
    Kevin.Carroll@state.de.us

Date: May 30, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VERLIN J. ALEXANDER** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-01-JFF |
| | ) | |
| **RALPH WILLIAMS**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before June 15, 2007.

_____
United States District Judge

5