07-001 JJF

MONDAY MAY 14, 2007

To/ Judge Joseph J. Farnan, Jr.:

Your Honor, this correspondence concerns the Motion For Extension Of Time To File Certified State Court Records by Mr. Kevin M. Carroll, Deputy Attorney General, Department of Justice, on May 7, 2007 until May 30, 2007, requested.

Your Honor, in your position and with your knowledge of the law, it is clear, that my right's under the Interstate Agreement Act on Detainer's was violated, in clear view as the law directs.

I signed extradition paper's on/about December 2005 or the beginning of January 2006, while I was being detained in the Philadelphia Detention Center for Delaware. The Philadelphia Detention Center released me on March 20, 2006, due to the fact, that Delaware did not respond to extradit defendant; also, defendant was not being held for any charge's in Pennsylvania. Also, under the Superior Court criminal procedual time frames, the only time there is a 180 day or 120 day right to a trial is if the prisoner is serving a sentence in one state and is brought to another state for trial under the Interstate Agreement on Detainer(s).

Furthermore, as to page's 3 and 4 of Mr. Carroll, Deputy Attorney General's Answering Brief of

MAY 7, 2007, WHERE AN EXTENSION OF TIME IS REQUESTED UNTIL MAY 30, 2007 IS STATED THAT MY ASSIGNED COUNSEL HAS NOT FILED ANY OF THE DOCUMENT(S) THAT I SENT TO HIM AND REQUESTED HIM TO FORWARD TO THE PROPER DEPARTMENT(S), INCLUDING THE MOTION'S TO DISMISS THE INDICTMENT AND THE CHARGE'S AGAINST ALEXANDER.

ALSO, IT IS STATING IN THE COURT DOCKET, THAT ALEXANDER HAS FILED TWO/PLUS PRO-SE MOTION'S TO DISMISS THE INDICTMENT. DOCKET # 11 AND 16.

THE MOTION'S WAS REFERRED TO COUNSEL OF RECORD, MR. DADE WERB, WHICH HE DID NOT ADDRESS THE SUBSTANCE OF THE MOTION. MR. WERB, HAS DONE NOTHING FOR ME, EXCEPT INSULT ME WITH WORD'S, WHERE I ACTUALLY HAD TO ADDRESS THE (ODC) OFFICE OF DISCIPLINARY COUNSEL, SURROUNDING HIS ACTION'S AS AN ATTORNEY.

I WOULD VALUE YOUR INPUT ON AND ABOUT THIS MATTER, SIR. ALSO, PLEASE REFER TO CRIMINAL PROCEDURE TIME FRAMES, TRIAL DATE.

RESPECTFULLY PRESENTED
VERLIN ALEXANDER
_Verlin Alexander_
SBI # 098778
H.R.Y.C.I.
1301 E. 12TH ST.
WILMINGTON, DEL. 19809

AWAITING RESPONSE:

1 OF 5

MR. Uorlin Alexander
SBI # 098778
H.R.Y.C.I.
1301 E. 12th Street
Wilmington, Del. 19809

"LEGAL MAIL"

To/ Honorable Judge Joseph J. Farnan, Jr.
c/o Office of the Clerk
844 North King Street
Lock Box 18
Wilmington, Del. 19801

WILMINGTON DE 197
23 MAY 2007 PM

USA 41

U.S.M.S. X-RAY

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE
-V-
VERLIN ALEXANDER

CASE ID # 0511011555

MOTION TO DISMISS CURRENT COUNSEL
AND FOR COURT TO APPOINT NEW COUNSEL
AND/OR DISMISS ALL CURRENT CHARGE'S

Comes Now, THE DEFENDANT, VERLIN ALEXANDER, PRO-SE, AND REQUEST THIS HONORABLE JUDGE JOSEPH J. FARNAN, JR. TO APPOINT DEFENDANT NEW COUNSEL AND/OR DISMISS ALL CURRENT CHARGE'S AGAINST DEFENDANT, PURSUANT TO SUPERIOR COURT CRIMINAL RULE'S 44(d), 11 DEL. C. § 5103, 48(B) AND ALSO, DELAWARE LAWYER'S RULE OF PROFESSIONAL CONDUCT - RULE 1.1, 1.2, AND 1.3, FOR THE REASON'S STATED HEREIN:

RESPECTFULLY PRESENTED
VERLIN ALEXANDER
/s/ Verlin Alexander
SBI # 098778
H.R.Y.C.I.
1301 E. 12TH ST.
WILMINGTON, DEL. 19809

DATED: MAY 14, 2007

1 OF 5

FILED
JUN 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. UERLIN ALEXANDER
SBI # 098778
H.R.Y.C.I.
1301 E. 12th STREET
Wilmington, Del. 19809

"LEGAL MAIL"

To/ HONORABLE JUDGE JOSEPH J. FARNAN, Jr.
c/o OFFICE OF THE CLERK
844 NORTH KING STREET
LOCKBOX 18
Wilmington, Del. 19801

WILMINGTON DE 197
23 MAY 2007 PM

USA 41

U.S.M.S.
X-RAY

1980143351J    CO12

MONDAY MAY 14, 2007

MR. DADE D. WERB:

This letter is concerning Mr. Verlin Alexander, Case # 0511011555, where your assigned as counsel of record, thus far. I am requesting the following material(s): Police report's, Evidence Inventory Sheet, and all other material within your possession, that I am entitled to obtain, including report(s) from hospital(s), report(s) on DNA and etc.

You have failed in the past to assist me in certain vital matter's as the record will reflect; However, I would like your prompt assistance to the above, in sending said document(s) via legal mailing, if you please, also a copy of the phone record from 184 Flamingo Dr. and the cell phone record of the Accuser for the month(s) of October and November of 2005, as previously requested by me, which is vital to my defense and to my life, which is on line in this case, as you surely already know. I would appreciate some real help from you, finally.

I also would appreciate if you would find a little time to come talk to me about what is going on with this upcoming trial.

This letter is being sent in good faith, hoping you will assist as counsel of record to the above, also please file for suppression hearing, ASAP.

Respectfully Presented
Verlin Alexander
*Verlin Alexander*
H.R.Y.C.I., 1301 E. 12TH ST.
Wilmington, Del. 19809

SBI # 098728

AWAITING RESPONSE:

1 OF 5

MR. VERLIN ALEXANDER
SBI # 098778
H.R.Y.C.I.
1301 E. 12th Street
Wilmington, Del. 19809

"LEGAL MAIL"

To/ HONORABLE JUDGE JOSEPH J. FARNAN, JR.
c/o OFFICE OF THE CLERK
844 NORTH KING STREET
LOCKBOX 18
Wilmington, Del. 19801

WILMINGTON DE 197
23 MAY 2007 PM

USA 41



19801372213  C012

MONDAY MAY 14, 2007

FOR/ DISCIPLINARY ACTION COUNSEL:

TO/ SIR/ MADAM:

I, VERLIN ALEXANDER, # 0511011555, SBI # 098778, AM WRITING THIS LETTER IN REFERENCE TO THE NON/RESPONSE AS OF YET, TO THE DOCUMENT(S) THAT I PUT TOGETHER, SUBMITTED AND FORWARDED TO YOUR OFFICE, AMONG OTHER(S) ON APRIL 10 AND APRIL 12, 2007, CONCERNING CASE # 0511011555 AND ALSO, MAINLY, PUBLIC DEFENDER DADE WERB. WHEREFORE, DADE WERB HAS NOT BEEN ANY KIND OF HELP TO ME, THE DEFENDANT, PLUS MR. WERB HAS THREATEN DEFENDANT WITH SAYING, THAT HE, MR. WERB, WOULD MAKE SURE DEFENDANT GETS 15 YEAR'S TO LIFE AND DIE IN PRISON AND THIS WAS ON NOVEMBER 29, 2006; THE FIRST TIME DEFENDANT EVER SAW MR. WERB.

SIR/MADAM, IN THE EYE'S OF THE LAW, MR. WERB HAS COMMITTED SUCH AN ACT OF VIOLATION OF A PERSON(S) CIVIL RIGHT(S), BY WHAT MR. WERB SAID AND ALSO NOT REVIEWING ANY OF THE DOCUMENT(S) FROM STATE OR DEFENDANT, RESULTING DEFENDANT STILL BEING INCARCERATED.

ALSO, BY MR. WERB'S ACTION IN USING INFLAMATORY LANGUAGE TO THE FACT OF A PERSONAL ATTACK AGAINST THE DEFENDANT AND BEING DISRESPECTFUL AND ALSO SAYING DISRESPECTFUL SUGGESTION'S AND REMARK'S THAT EVEN THE SUPERIOR COURT COULD/SHOULD RULE ON THE BASIS OF BIAS, AGAINST THE DEFENDANT, RATHER THAN ON THE MERIT'S OF THE CASE.

SIR/MADAM, ALSO IF YOU WOULD/COULD SPARE A LITTLE TIME

to gather up all the document(s) that myself, the defendant and his girlfriend/wife, Crystal Smith Alexander has put together and forwarded them to other Justice Department(s), sense December 13, 2006, including to Prothonotary; you will see that vital information is inconsistent to what accuser stated, as well as several other document(s) of the state. Which, Mr. Werb has refused to address, which is also stated in the Habeas Corpus Document, that Mr. Werb has not forwarded any of my submitted document(s) and I have a copy of the Habeas Corpus Document within my possession: Civ.Act.No.07-01 JJF

Also, I am requesting for the counsel to refer to: Superior Court Criminal Document(s) - Number(s) 11 event, dated: 1-23-07, 12 event, dated: 1-24-07, 16 event, dated: 2-22-07 - and 17 event, dated: 2-26-07, among all the other document(s) pretaining to this case.

I am requesting that the Disciplinary Counsel, please remove/dismiss Mr. Werb as the defendant's defense attorney and assign defendant another attorney and/or dismiss all charge's against defendant. Do to Mr. Werb's verbal abuse toward's defendant, his ineffective counseling, and Mr. Werb's inability to pursue the kind of defense that defendant need's, in this type of case; also by law, is required to have and should have. Also, due to the lack of communication between de-

fendant and attorney, Mr. Werb; along with my right's being violated; plus Mr. Werb's lack of commitment toward's this case and toward's his client, the Defendant.

Mr. Werb, is very unprofessional and inefficient in this case, plus unethical in his duties and Mr. Werb is inaffectual.

Due, to Mr. Werb's inadequate reading of the document(s) at hand, like Exhibit's A and B, Rule 9 warrant and Rule 16, referring to the inconsistent statement(s) and date(s), plus the inconsistent number of charges; it is not possible for Mr. Werb to provide the Defendant with a proper/nor adequate defense in this upcoming trial. I know by the standard of Delaware's law, that I cannot/nor will not get a proper trial with Mr. Werb as my defense counsel. Because, Mr. Werb has done nothing on behalf of Defendant to pursue his innocence.

Please refer also to document(s) sent to Prothonotary dated as follows: December 13, 2006 - January 1, 2007 - January 17, 2007 - January 22, 2007 - February 12, 2007 - March 11, 2007 - March 20, 2007 - March 23, 2007 - April 1, 2007 - April 5, 2007 - April 10, 2007 - and April 12, 2007 etc.

Awaiting Response:

Respectfully Presented
Verlin Alexander
*Verlin Alexander* SBI 098778
H.R.Y.C.I. 1301 E. 12th St
Wilmington, Del. 19809

1 of 5

Mr. Verlin Alexander
SBI #098778
D.R.Y.C.I.
301 E. 12th Street
Wilmington, DEL 19809

"Legal Mail"

To/ Honorable Judge Joseph J. Farnan, Jr.
c/o Office of the Clerk
844 North King Street
Lock Box 18
Wilmington, DEL 19801

WILMINGTON DE 197
23 MAY 2007 PM
USA 41

U.S.M.S. X-RAY