U.S. District Court

District of Delaware

Alexander
-V-
Williams Et Al



# 1:07-CV-1, (JJF)

To: Honorable Judge Joseph J. Farnan, Jr.:

Sir, This Is A Re-Submitted Document From June 26, 2007, Which Was Inadvertedly Done On The Wrong Paper; Please Accept This Document Now:

Sir, My Name Is Verlin Alexander, ID# 0511011555, SBI # 098778 And I Am Now Being Held At The Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977; B-Building, Pre-Trial Annex, Dorm 1- 7Top.

Sir, Please Forgive Me For Interrupting Your Busy Schudule; But I Am Inquiring About A Habeas Corpus Document, Which Is In Your Hands, On The Above Mentioned Case.

Sir, As You Already Know, This Document Was First Served To Mr. Rapheal Williams, Warden And To Mr. Joseph R. Biden, III, Attorney General Of The State Of Delaware, On /Or About March 16, 2007, Giving The Respondant's (45) Forty Five Day's In Which To Respond. Your Honor First Gave The Respondant's Until May 7, 2007,

Per stated in the document that was sent to the petitioner and was recieved on MARCH 28, 2007. Sir, on MAY 10, 2007, I recieved a copy of a motion for extension of time to file certified state court record's, stating: The undersigned has been unable to obtain the certified state court record's in order to file them with the answer and request's another extension until MAY 30, 2007, which still was not fulfilled; extension granted by a Mr. Kevin M. Carroll, Deputy Attorney General, dated: MAY 7, 2007.

Sir, on JUNE 1, 2007, the petitioner recieved the same motion for extension, once again, granting another extension to the respondant's, Mr. Raphem Williams, Warden and Mr. Joseph R. Biden, III, Attorney General for the State of Delaware, until JUNE 15, 2007, which again states: The undersigned has been unable to obtain the certified state court record's in order to file them with the respondant's answer. This is the second request for an extension to file those record's; again signed by, Deputy Attorney General Mr. Kevin M. Carroll on, dated: MAY 30, 2007. Your Honor, this is the second time the respondant's has ask for an extension and has recieved it; but to no avail has kept to their word; sir. Which is very unfair and

<u>UNJUST TO THE PETITIONER.</u>

Sir, on <u>June 15, 2007</u>, I, the Petitioner filed with Prothonotary and to your Honor, Sir; another Habeas Corpus document, which states: In case of your failure to produce <u>Verlin Alexander</u> as above commanded and fully certify in writing under oath the true cause of <u>Verlin Alexander's</u> detention, with a copy of all process or order's, if any, under which <u>Verlin Alexander</u> is detained, within <u>(3) three day's</u> after service hereof upon you if the place where defendant is detained is not more than (20) twenty miles from the county court house or within <u>(6) six day's</u> if such place is more than (20) twenty miles, you may be adjudged to be in contempt of court.

Sir, the Petitioner/Defendant, further states: That he is <u>being held unlawfully and was denied his right to an arraignment and prelimanary and is being restrained of his liberty, in violation of the laws of the State of Delaware</u>. This document signed and delivered by Petitioner/Defendant, dated: <u>June 15, 2007</u>.

Sir, with all due respect to your position and knowledge, could you/would you, please enlighten

THE PETITIONER/DEFENDANT TO WHAT THE PROCEDURE IS FOR THE PETITIONER/DEFENDANT TO FOLLOW NOW; IN ORDER TO RECIEVE A DISPOSITION IN THE ABOVE MENTIONED MATTER; IF ANY WAS MADE UPON THE HABEAS CORPUS DOCUMENT SUBMITTED BY PETITIONER/DEFENDANT ON/OR ABOUT MARCH 23, 2007 AND RECENTLY SUBMITTED DOCUMENT'S.

    SIR, I APPRECIATE YOUR POSITION IN THIS MATTER AND THE TIME THAT YOU ARE TAKING TO READ, CONSIDER AND ACKNOWLEDGE TO THE DOCUMENT'S AND LETTER'S SENT TO YOU BY THE PETITIONER/DEFENDANT.

DATED: JUNE 26, 2007

AWAITING RESPONSE:

1 OF 4

RESPECTFULLY PRESENTED
VERLIN ALEXANDER
*Verlin Alexander* (signature)
SBI # 098778
B-BLDG., PRE-TRIAL ANNEX,
DORM 1-7 TOP
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977

AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
NEW CASTLE COUNTY §

I, <u>VERLIN ALEXANDER</u>, being sworn, says:
I served a copy of this document, pretaining information to Petitioner's Habeas Corpus case, via mail by way for the Department of Corrections on <u>26</u> day of <u>June</u>, <u>2007</u>

_____

HONORABLE JUDGE JOSEPH J. FARNAN, JR.
OFFICE OF THE CLERK
U.S. DISTRICT COURT HOUSE
DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DEL. 19801

OFFICE OF THE CLERK
PROTHONOTARY's OFFICE
U.S. DISTRICT COURT HOUSE
DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DEL. 19801


RESPECTFULLY PRESENTED
VERLIN ALEXANDER
*Verlin Alexander*
SBI# 098778
B-BLDG., PRE-TRIAL ANNEX,
DORM 1-7 Top
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977