IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE PETITION OF ) NO. 07-CV-1, JJF CIVIL ACTION
Verlin Alexan[der] )
) [FILED AUG - 3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
) BEAS CORPUS
)
THE DISTRICT OF D[elaware]

To: JOSEPH R. BIDEN, III, ATTORNEY GENERAL OF DELAWARE

YOU ARE COMMANDED:

To have VERLIN ALEXANDER, who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the New Castle County Court House at 500 North King Street, Wilmington, Del. 19801. Immediately after receipt of this writ; and to abide any order which the Court shall make concerning petitioner.

And further, to certify fully in writing under oath the true cause of VERLIN ALEXANDER detention, and to have there a copy of all process or order's, if any, under which he is detained and also this writ.

_____
PROTHONOTARY

DATED: _____

TO THE ABOVE NAMED: JOSEPH R. BIDEN, III
ATTORNEY GENERAL OF DELAWARE

IN CASE OF YOUR FAILURE TO PRODUCE VERLIN ALEXANDER AS ABOVE COMMANDED AND FULLY CERTIFY IN WRITING UNDER OATH THE TRUE CAUSE OF VERLIN ALEXANDER'S DETENTION, WITH A COPY OF ALL PROCESS OR ORDER'S, IF ANY, UNDER WHICH VERLIN ALEXANDER IS DETAINED WITHIN (3) THREE DAY'S AFTER SERVICE HEREOF UPON YOU IF THE PLACE WHERE HE IS DETAINED IS NOT MORE THAN (20) MILES FROM THE COUNTY COURT HOUSE OR WITHIN (6) SIX DAY'S IF SUCH PLACE IS MORE THAN (20) MILES, YOU MAY BE ADJUDGED TO BE IN CONTEMPT OF COURT.

_____
PROTHONOTARY

DISTRICT OF DELAWARE } ss
_____ COUNTY

_____, SHERIFF OF _____
COUNTY, DEPOSES AND SAY THAT HE/SHE SERVED
PERSONALLY UPON _____ THE
ORIGINAL WRIT OF HABEAS CORPUS OF WHICH THE WITHIN
IS A TRUE COPY, BY LEAVING THE ORIGINAL WRIT WITH
_____ ON _____,
20\_\_\_.

_____
PROTHONOTARY

In the United States District Court
For The District Of Delaware

In the Matter of the Petition of
Verlin Alexander                    No. 07-CV-1, JJF civil Action

The District of Delaware,

The Petitioner, Verlin Alexander submits this memorandum in support of his petition for writ of Habeas Corpus. The petitioner states the following in support:

1. The criminal action number in this case is: 0511011555

2. Petitioner is being unlawfully restrained of his liberty, in violation of the laws of the District of Delaware, by reason of:

On December 20, 2005, Petitioner turned his self into Philadelphia, PA. Police for a warrant issued for him out of the District of Delaware. Pennsylvania held petitioner for (90) ninty day's, after petitioner did sign waiver for Delaware to extradit him. Petitioner went to court every (30) thirty day's and on the 90th day Pennsylvania did release petitioner, due to Delaware's refusal to come with any kind of extradition papers./

Document's for Petitioner; knowing at all times where Petitioner was and resided. But, on October 26, 2006, the U.S. Marshal's Task Force, came to Philadelphia, Pennsylvania, without any Pennsylvania Official's / Agent's to the Petitioner's home, 1342 Foulkrod Street, Apt. #5, Phila., PA. arrested Petitioner on same charge that the State of Delaware refused to extradit Petitioner on between December 20, 2005 and March 20, 2006; Plus the U.S. Marshal did not ever present/show the Defendant / Petitioner a warrant of any kind to the Petitioner or Petitioner's girlfriend, who's apartment it was. In all, this causing a (1) one year, plus delay in bringing Petitioner to trial under the Sixth Amendment of the United States Constitution. Plus, Delaware violated the term's of the Uniform Criminal Extradition Act by extraditing Petitioner untimely on October 26, 2006; after making their (Delaware's) first requisition for Petitioner in December 2005 and failing to proceed with transporting and trying the Petitioner and also was in knowing violation of said Extradition Act when Delaware made their second requisition in October 2006. Delaware did file warrant on/or about December 15, 2005; but did not sought to perfect their right to obtain the Petitioner. In addition violating the Detainer's Statue and to bring

THE CASE TO TRIAL IN OVER (15) FIFTEEN MONTH'S, WHICH VIOLATED PETITIONER'S SPEEDY TRIAL RIGHT'S, TO THE EXTENT TO WHICH THE EVENT CAUSING THE DELAY WAS WITHIN THE CONTROL OF THE STATE OF DELAWARE AND THE STATE OF DELAWARE WAS AT FAULT IN CAUSING THE DELAY. PETITIONER ALSO ASSETS, THAT THE STATE OF DELAWARE CAUSED A (18) EIGHTEEN MONTH DELAY IN BRINGING PETITIONER TO TRIAL; (3) MONTH'S IN PHILADELPHIA, PA. DETENTION CENTER, AWAITING EXTRADITION, IN WHICH DELAWARE REFUSED TO TRANSPORT PETITIONER. DELAWARE HAD EVERY ADVANTAGE TO SEEK ALL KIND'S OF WARRANT'S FOR THE PETITIONER; <u>INCLUDING A GOVERNOR'S WARRANT</u>, WHICH DELAWARE ALSO REFUSED TO ATTEND TO; SO PHILADELPHIA DETENTION CENTER REFUSED TO HOLD PETITIONER ANY LONGER THAN THE (90) <u>NINTY DAY'S</u> THAT THEY DID HOLD PETITIONER; SO PHILADELPHIA, PA. DETENTION CENTER RELEASED THE PETITIONER AFTER PETITIONER SERVED (90) NINTY DAY'S. ALSO, (7) SEVEN MONTHS AT PETITIONER'S RESIDENCE, 1342 FOULKROD STREET, APT. #5, PHILADELPHIA, PA. AND (8) EIGHT MONTH'S IN H.R.Y.C.I., WITH NO RESPONSE WHATSOEVER FROM MR. DADE D. WERB, MY PUBLIC DEFENDER TO THESE FACT'S AS REQUESTED BY PETITIONER/DEFENDANT, IN SEVERAL DOCUMENT'S WHICH WERE DRAWN UP BY THE PETITIONER AND SENT TO MR. WERB AND SEVERAL OTHER DELAWARE'S COURT OFFICIAL'S, SENSE <u>DECEMBER 13, 2006</u> THRU <u>JUNE 15, 2007</u>, INCLUDING SEVERAL REQUEST'S FOR MR. WERB'S ASSISTENCE, TO NO AVAIL; PLUS FOR PETITIONER TO GO PRO-SE.

All Document's sent in by the Petitioner are on file in the Prothonotary's Office, or/and in the Petitioner's possession for review and also Document's were sent to several other Official's representing the State of Delaware; like Joseph R. Biden, III Attorney General of Delaware, Deputy Attorney General Donald R. Roberts, etc. And still to this day have not gotten any response from any Document's that Petitioner has sent to anyone, about anything concerning this CASE, especially in/or about the possibility that the Petitioner was <u>illegally arrested and transported across the state line</u>.

Your Honor Judge Joseph J. Farnan, Jr., you sir, on this matter of the Habeas Corpus Document, which was submitted on and served on <u>March 23, 2007</u> to be answered by <u>May 7, 2007</u> which got extended to <u>May 30, 2007</u>, which got extended again to <u>June 15, 2007</u>.

Sir, you are the only one to respond to any of the Document, that I submitted and I appreciate your Justice, Sir.

Please review this matter of the above mentioned case, which you sir, <u>gave the Respondant's, as you worded, Appeal time to respond</u> to Petitioner's Request for Immediate Response.

ALSO, ON June 21, 2007, PETITIONER'S TRIAL WAS DECLARED A MISTRIAL.

WHEREFORE, THE PETITIONER PRAY'S THAT THE COURT AND HONORABLE JUDGE JOSEPH J. FARNAN, JR. WILL TAKE TIME TO READ PETITIONER'S, PETITION AND GRANT THIS WRIT.

DATED: June 29, 2007

AWAITING RESPONSE:

1 OF 4

RESPECTFULLY PRESENTED
VERLIN ALEXANDER
*Verlin Alexander*
SBI # 098778
B-BLDG., PRE-TRIAL ANNEX,
DORM 1-7 Top
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977

U.S. District Court
District of Delaware

Alexandor
  -v-
Williams et al

Case # 1:07-CV-1 (JJF)

To: Honorable Judge Joseph J. Farnan, Jr.:

  Sir, This is a Re-Submitted Document from June 26, 2007, which was inadvertedly done on the wrong paper; Please accept this document now:

  Sir, my name is Verlin Alexander, ID# 0511011555, SBI# 098278 and I am now being held at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977; B-Building, Pre-Trial Annex, Dorm 1-7 Top.

  Sir, please forgive me for interupting your busy schudule; but I am inquiring about a Habeas Corpus Document, which is in your hands, on the above mentioned case.

  Sir, as you already know, this document was first served to Mr. Rapheal Williams, Warden and to Mr. Joseph R. Biden, III, Attorney General of the State of Delaware, on/or about March 16, 2007, giving the Respondant's (45) Forty Five Day's in which to respond. Your honor first gave the Respondant's until May 7, 2007,

PER STATED IN THE DOCUMENT THAT WAS SENT TO THE PETITIONER AND WAS RECIEVED ON MARCH 28, 2007. SIR, ON MAY 10, 2007, I RECIEVED A COPY OF A MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED STATE COURT RECORD'S, STATING: THE UNDERSIGNED HAS BEEN UNABLE TO OBTAIN THE CERTIFIED STATE COURT RECORD'S IN ORDER TO FILE THEM WITH THE ANSWER AND REQUEST'S ANOTHER EXTENSION UNTIL MAY 30, 2007, WHICH STILL WAS NOT FULFILLED; EXTENSION GRANTED BY A MR. KEVIN M. CARROLL, DEPUTY ATTORNEY GENERAL, DATED: MAY 7, 2007.

SIR, ON JUNE 1, 2007, THE PETITIONER RECIEVED THE SAME MOTION FOR EXTENSION, ONCE AGAIN, GRANTING ANOTHER EXTENSION TO THE RESPONDANT'S, MR. RAPHEAL WILLIAMS, WARDEN AND MR. JOSEPH R. BIDEN, III, ATTORNEY GENERAL FOR THE STATE OF DELAWARE, UNTIL JUNE 15, 2007, WHICH AGAIN STATES: THE UNDERSIGNED HAS BEEN UNABLE TO OBTAIN THE CERTIFIED STATE COURT RECORD'S IN ORDER TO FILE THEM WITH THE RESPONDANT'S ANSWER. THIS IS THE SECOND REQUEST FOR AN EXTENSION TO FILE THESE RECORD'S; AGAIN SIGNED BY, DEPUTY ATTORNEY GENERAL MR. KEVIN M. CARROLL ON, DATED: MAY 30, 2007. YOUR HONOR, THIS IS THE SECOND TIME THE RESPONDANT'S HAS ASK FOR AN EXTENSION AND HAS RECIEVED IT; BUT TO NO AVAIL HAS KEPT TO THEIR WORD; SIR. WHICH IS VERY UNFAIR AND UNJUST TO THE PETITIONER.

SIR, ON JUNE 15, 2007, I, THE PETITIONER FILED WITH

PROTHONOTARY AND TO YOUR HONOR, SIR; ANOTHER HABEAS CORPUS DOCUMENT, WHICH STATES: IN CASE OF YOUR FAILURE TO PRODUCE <u>VERLIN ALEXANDER</u> AS ABOVE COMMANDED AND FULLY CERTIFY IN WRITING UNDER OATH THE TRUE CAUSE OF <u>VERLIN ALEXANDER'S</u> DETENTION, WITH A COPY OF ALL PROCESS OR ORDER'S, IF ANY, UNDER WHICH <u>VERLIN ALEXANDER</u> IS DETAINED, WITHIN (3) THREE DAY'S AFTER SERVICE HEREOF UPON YOU IF THE PLACE WHERE DEFENDANT IS DETAINED IS NOT MORE THAN (20) TWENTY MILES FROM THE COUNTY COURT HOUSE OR WITHIN (6) SIX DAY'S IF SUCH PLACE IS MORE THAN (20) TWENTY MILES, YOU MAY BE ADJUDGED TO BE IN CONTEMPT OF COURT.

SIR, THE PETITIONER/DEFENDANT, FURTHER STATES: THAT HE IS BEING <u>HELD UNLAWFULLY AND WAS DENIED HIS RIGHT TO AN ARRAIGNMENT AND PRELIMINARY AND IS BEING RESTRAINED OF HIS LIBERTY, IN VIOLATION OF THE LAWS OF THE STATE OF DELAWARE</u>. THIS DOCUMENT SIGNED AND DELIVERED BY PETITIONER/DEFENDANT, DATED: <u>JUNE 15, 2007</u>.

SIR, WITH ALL DUE RESPECT TO YOUR POSITION AND KNOWLEDGE, COULD YOU/WOULD YOU, PLEASE ENLIGHTEN THE PETITIONER/DEFENDANT TO WHAT THE PROCEDURE IS FOR THE PETITIONER/DEFENDANT TO FOLLOW NOW; IN ORDER TO RECIEVE A DISPOSITION IN THE ABOVE MENTIONED MATTER; IF ANY WAS MADE UPON THE HABEAS CORPUS DOCUMENT

Submitted by Petitioner/Defendant on/or about March 23, 2007 and recently submitted Document's.

Sir, I appreciate your position in this matter and the time that you are taking to Read, Consider and Acknowledge to the Document's and Letter's sent to you by the Petitioner/Defendant.

Dated: June 26, 2007

Awaiting Response:

1 of 4

Respectfully Presented
Verlin Alexander
*Verlin Alexander*
SBI# 098778
B-Bldg., Pre-Trial Annex,
Dorm 1 - 7 Top
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

# AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
NEW CASTLE COUNTY §

I, <u>VERLIN ALEXANDER</u>, Being Sworn, Says:
I served a copy of this document, pretaining information to petitioner's Habeas Corpus case, via mail by way for the Department of Corrections on <u>26</u> day of <u>June</u>, <u>2007</u>

---

HONORABLE JUDGE JOSEPH J. FARNAN, JR.
OFFICE OF THE CLERK
U.S. DISTRICT COURT HOUSE
DISTRICT OF DELAWARE
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON, DEL. 19801

OFFICE OF THE CLERK
PROTHONOTARY'S OFFICE
U.S. DISTRICT COURT HOUSE
DISTRICT OF DELAWARE
844 NORTH KING STREET
WILMINGTON, DEL. 19801
LOCK BOX 18

RESPECTFULLY PRESENTED
VERLIN ALEXANDER
*Verlin Alexander* (signature)
SBI # 098778
B-BLDG., PRE-TRIAL ANNEX,
DORM 1 - 7 Top
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977