IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE PETITION OF  } No. 07-CV-1____, JJF Civil Action
Verlin Alexander                  } 2007
                                  } HABEAS CORPUS

THE DISTRICT OF DELAWARE
TO: JOSEPH R. BIDEN, III, ATTORNEY GENERAL OF DELAWARE
YOU ARE COMMANDED:
  To have Verlin Alexander, who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the New Castle County Court House at 500 North King St., Wilmington, Del. 19801, immediately after receipt of this writ; and to abide any order which the Court shall make concerning Petitioner.
  And further, to certify fully in writing under oath the true cause of Verlin Alexander detention, and to have there a copy of all process or order's, if any, under which he is detained and also this writ.



FILED
AUG -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
PROTHONOTARY

DATED: _____

TO THE ABOVE NAMED: JOSEPH R. BIDEN, III
                    ATTORNEY GENERAL OF DELAWARE

IN CASE OF YOUR FAILURE TO PRODUCE VERLIN ALEXANDER AS ABOVE COMMANDED AND FULLY CERTIFY IN WRITING UNDER OATH THE TRUE CAUSE OF VERLIN ALEXANDER'S DETENTION, WITH A COPY OF ALL PROCESS OR ORDER'S, IF ANY, UNDER WHICH VERLIN ALEXANDER IS DETAINED WITHIN (3) THREE DAY'S AFTER SERVICE HEREOF UPON YOU IF THE PLACE WHERE HE IS DETAINED IS NOT MORE THAN (20) MILES FROM THE COUNTY COURT HOUSE OR WITHIN (6) SIX DAY'S IF SUCH PLACE IS MORE THAN (20) MILES, YOU MAY BE ADJUDGED TO BE IN CONTEMPT OF COURT.

_____
PROTHONOTARY

DISTRICT OF DELAWARE } .ss
_____ COUNTY

_____, SHERIFF OF _____ COUNTY, DEPOSES AND SAY THAT HE/SHE SERVED PERSONALLY UPON _____ THE ORIGINAL WRIT OF HABEAS CORPUS OF WHICH THE WITHIN IS A TRUE COPY, BY LEAVING THE ORIGINAL WRIT WITH _____ ON _____, 20\_\_\_.

_____
PROTHONOTARY

In the United States District Court
For the District of Delaware

In the Matter of the Petitioner of
<u>Verlin Alexander</u>                    No. <u>07-CV-1</u>, JJF  Civil Action

The District of Delaware,

The Petitioner, <u>Verlin Alexander</u> submits this memorandum in support of his petition for writ of Habeas Corpus. The Petitioner states the following in support:

1- The criminal action number in this case is: <u>0511011555</u>

2- <u>Petitioner is being Unlawfully Restrained of his Liberty, in Violation of the Laws of the District of Delaware</u>, by reason of:

On <u>December 20, 2005</u>, Petitioner turned his self into Philadelphia, PA. Police for a warrant issued for him out of the District of Delaware. Pennsylvania held Petitioner for (90) ninty days, after Petitioner did sign waiver for Delaware to extradit him. Petitioner went to court every (30) thirty days and on the 90th day Pennsylvania did release Petitioner, due to Delaware's refusal to come with any kind of extradition paper's/document's for Petitioner; knowing at all times where Petitioner was and

Resided. But, on October 26, 2006, the U.S. Marshal's Task Force, came to Philadelphia, Pennsylvania, without any Pennsylvania Officials/Agents to the Petitioner's Home, 1342 Foulkrod Street, Apt. #5, Phila., Pa.; Arrested Petitioner on same charge that the State of Delaware Refused to Extradit Petitioner on between December 20, 2005 and March 20, 2006; Plus the U.S. Marshal did not ever Present/show the Defendant/Petitioner a warrant of any kind to the Petitioner or Petitioner's Girlfriend, who's Apartment it was. In all, this causing a (1) one year, plus delay in bringing Petitioner to trial under the Sixth Amendment of the United States Constitution. Plus, Delaware violated the Term's of the Uniform Criminal Extradition Act by extraditing Petitioner untimely on October 26, 2006; After making their (Delaware) First Requisition for Petitioner in December 2005 and failing to Proceed with transporting and trying the Petitioner and also was in knowing violation of said Extradition Act when Delaware made their second Requisition in October 2006. Delaware did file warrant on/or about December 15, 2005; But did not sought to Perfect their right to obtain the Petitioner. In addition violating the Detainer's Statue and to bring the case to trial in over (15) Fifteen Months, Which violated Petitioner's Speedy Trial Rights, To the extent

TO WHICH THE EVENT CAUSING THE DELAY WAS WITHIN THE CONTROL OF THE STATE OF DELAWARE AND THE STATE OF DELAWARE WAS AT FAULT IN CAUSING THE DELAY. PETITIONER ALSO ASSERTS, THAT THE STATE OF DELAWARE CAUSED A <u>(18) EIGHTEEN MONTH</u> DELAY IN BRINGING PETITIONER TO TRIAL; <u>(3) MONTH's</u> IN PHILADELPHIA, PA. DETENTION CENTER, AWAITING EXTRADITION, IN WHICH DELAWARE REFUSED TO TRANSPORT PETITIONER. DELAWARE HAD EVERY ADVANTAGE TO SEEK ALL KIND's OF WARRANT's FOR THE PETITIONER; <u>INCLUDING A GOVERNOR's WARRANT</u>, WHICH DELAWARE ALSO REFUSED TO AHEED TO; SO PHILADELPHIA DETENTION CENTER, REFUSED TO HOLD PETITIONER ANY LONGER THAN THE <u>(90) NINTY DAY's</u> THAT THEY DID HOLD PETITIONER; SO PHILADELPHIA, PA. DETENTION CENTER RELEASED THE PETITIONER AFTER PETITIONER SERVED (90) NINTY DAY's. ALSO, <u>(7) SEVEN MONTH's</u> AT PETITIONER's RESIDENCE, 1342 FOULKROD STREET, APT. #5, PHILADELPHIA, PA. AND <u>(8) EIGHT MONTH's</u> IN H.R.Y.C.I., WITH NO RESPONSE WHATSOEVER FROM MR. DADE D. WERB, MY PUBLIC DEFENDER TO THESE FACT's AS REQUESTED BY PETITIONER/DEFENDANT, IN SEVERAL DOCUMENT's, WHICH WERE DRAWN UP BY THE PETITIONER AND SENT TO MR. WERB AND SEVERAL OTHER DELAWARE's COURT OFFICIAL's, SENSE <u>DECEMBER 13, 2006</u> THRU <u>JUNE 15, 2007</u>, INCLUDING SEVERAL REQUEST's FOR MR. WERB's ASSISTANCE, TO NO AVAIL; PLUS FOR PETITIONER TO GO PRO-SE.

All document's sent in by the Petitioner are on file in the Prothonotary's office, or/and in the Petitioner's possession for review and also document's were sent to several other official's representing the State of Delaware; like Joseph R. Biden, III Attorney General of Delaware, Deputy Attorney General Donald R. Roberts, etc. And still to this day have not gotten any response from any document's that Petitioner has sent to anyone, about anything concerning this case; especially in nor about the possibility that the Petitioner was <u>illegally arrested and transported across the state line</u>.

Your Honor Judge Joseph J. Farnan, Jr., you sir, on this matter of the Habeas Corpus document, which was submitted on and served on <u>March 23, 2007</u> to be answered by <u>May 7, 2007</u>, which got extended to <u>May 30, 2007</u>, which got extended again to <u>June 15, 2007</u>.

Sir, you are the only one to respond to any of the document's that I submitted and I appreciate your justice, sir.

Please review this matter of the above mentioned case, which you sir, <u>gave the respondant's, as you worded, appeal time to respond to Petitioner's request</u> for immediate response.

ALSO, ON <u>JUNE 21, 2007</u>, PETITIONER'S TRIAL WAS DECLARED A MISTRIAL.

WHEREFORE, THE PETITIONER PRAY'S THAT THE COURT AND HONORABLE JUDGE JOSEPH J. FARNAN, JR. WILL TAKE TIME TO READ PETITIONER'S, PETITION AND GRANT THIS WRIT.

DATED: <u>JUNE 29, 2007</u>

AWAITING RESPONSE:

1 OF 4

RESPECTFULLY PRESENTED
<u>VERLIN ALEXANDER</u>
*Verlin Alexander*
SBI # 098778
B-BLDG., PRE-TRIAL ANNEX,
DORM 1-7 TOP
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DEL. 19977



$ 00.07⁰
JUL 31 2007
MAILED FROM ZIP CODE 19977

IM Verlin Alexander
Annex
SBI# 098778 UNIT Dorm 1-7 Top
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court House
Office of The Clerk
Prothonotary Office
District of Delaware
844 North King St., Lock Box 18
Wilmington, Delaware
19801