IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VERLIN J. ALEXANDER,            :
                                :
         Petitioner,            :
                                :
v.                              :   Civil Action No. 07-01-JJF
                                :
RAPHAEL WILLIAMS,               :
Warden, and ATTORNEY            :
GENERAL OF THE STATE            :
OF DELAWARE,                    :
                                :
         Respondents.           :

**O R D E R**

At Wilmington this ___ day of October 2007;

IT IS ORDERED that:

The State shall file the State Court record no later than October 11, 2007.

                                                                  /s/ Joseph J. Farnan
                                          UNITED STATES DISTRICT JUDGE