IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VERLIN J. ALEXANDER** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-01-JFF |
| | ) | |
| **RALPH WILLIAMS**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID. No. 0511011555 have been manually filed with the Court and are available in paper form only.

    a. Criminal Docket

    b. Indictment

    c. Plea Agreement, dated September 25, 2007

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

DATE: October 11, 2007

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on October 11, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Verlin Alexander
No. 098778
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Date: October 11, 2007