IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VERLIN J. ALEXANDER,          :
                              :
           Petitioner,        :
                              :
v.                            :       Civil Action No. 07-01-JJF
                              :
RAPHAEL WILLIAMS,             :
Warden, and ATTORNEY          :
GENERAL OF THE STATE          :
OF DELAWARE,                  :
                              :
           Respondents.       :


## MEMORANDUM ORDER

Petitioner Verlin J. Alexander has filed two motions for discovery. (D.I. 22; D.I. 23.)  To the extent Petitioner's Motions can be construed as motions for a default judgment due to Respondent's failure to timely file a state court record, the Motions are moot.  Respondents filed the state court record on October 11, 2007.  (D.I. 25.)  To the extent the Motions can be construed as Supplemental Memoranda, the Court will consider the points raised in the Memoranda to the extent that they truly supplement, rather than amend, the issues raised in Petitioner's § 2254 Application.

10/31/07
DATE

UNITED STATES DISTRICT JUDGE