IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERLIN J. ALEXANDER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 07-01-JJF |
| | : | |
| RAPHAEL WILLIAMS, | : | |
| Warden, and ATTORNEY | : | |
| GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

Respondents have filed a timely Motion For Leave To File A Supplemental Answer to Petitioner's Application For Habeas Relief. (D.I 26.) Respondents shall file a Supplemental Answer on or before November 30, 2007.

_November 2, 2007_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE