UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Verlin Alexander
— V —
Ralph Williams, Warden      Civil Action No. 07-01-JJF
Joseph R. Biden, III
  Attorney General
  State of Delaware

**ALSO**

Verlin Alexander
— V —
Ruth Ann Minner,            Civil Action No. 07-41-JJF
  Governor

Carl Danberg
  Attorney General

To: Honorable Judge Joseph J. Farnan, Jr.:

Sir, My Name Is Verlin Alexander, SBI# 098778, ID# 0511011555 And I Am Being Held At The Delaware Correctional Center, B-Building, Annex, Dorm 1-8-Bottom, 1181 Paddock Rd., Smyrna, Delaware 19977.

Sir, Please Forgive Me For Disrupting And Interferring With Your Precious Time And Schudule.

Sir, This Matter Is Of Great Importance To My Family And My Life; As God See's Fit To Allow Me To Have Left.

FILED
NOV -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir, On October 14, 2007, I Recieved Several Documents, Concerning Civil Action No. 07-01-JJF

Sir, These Document's Are Based On This Particular Case And The Charges, That I Relucktently Signed To A Plea Agreement On September 25, 2007.

Sir, Both Of These Civil Action Case's: # 07-01-JJF And # 07-41-JJF, were submitted on The Basis Of Delaware Crossing The State Line, Between Delaware And Pennsylvania, On October 26, 2006 On A Requistion That Was Dated December 2005; For Which I Had Already Spent From December 20, 2005 To March 20, 2006; In The Philadelphia, Pa. Detention Center On State Rd., For This And About This Same Charge, That The Delaware Authority Came All The Way To (Frankford) Philadelphia, Pa. 19124 And Re-Arrested Me In My Home On October 26, 2006, 1342 Foulkrod St., Apt. #5, Phila., Pa. 19124 But, Between December 2005 And March 2006, Delaware Refused To Acknowledge The Waiver Signed By Mr. Verlin Alexander, For Extradition Back To Delaware; Also Delaware Refused To Comply With Or To The Interstate Agreement On Detainer's Act, Article V (e).

I Sir, intend to prove that the Delaware officials knew and willingly re-arrested me on an illegal requistion; in my home in Phila., Pa., in October 2006, on a December 2005 requistion and not just that, they also # illegally re-arrested me; basicly I was actually kidnaped and that is also why I submitted to the court a 1983 Form, which was accepted and given to you, Sir; Civil Action Case # 07-41-JJF.

If your Honor would please give me the courtesy and permission to present my case to to you and a Jury; as stated on the document that I recieved on September 9, 2007 and signed and submitted to your Honor on September 7, 2007, by a Mr. Marc P. Niezielski (#2616) Deputy Attorney General, Phone # 302-577-8324.

Sir, my Habeas Corpus case was put together and submitted basically on both the above mentioned Civil Action case's. Sir, mainly because I was kidnaped from my home, in Phila., Pa. to Wilm., Del. on an outdated warrant.

Sir, I would appreciate your cooperation and consideration, (and no disrespect intended) as the Honorable Judge that you are, by

Allowing me the opportunity and priviledge to be able to speak on my behalf, in order to defend my case, legally, in your court room, in front of a jury and you, Sir.

    Sir, I ask you this, in the name of fair and humane justice to accept my request for trial by jury.

    Sir, I know that your decision on this matter will be fair and justifyable in accordance of and for giving a person a fair, unbias and trusted opportunity to vindicate the wrong that was done to him and I thank you ahead of time for the priviledge of acknowledging my request

Dated: Nov. 4, 2007

1 of 4

Awaiting Response:

Respectfully Submitted
Verlin Alexander
*Verlin Alyander*
SBI # 098778
Delaware Correctional Center
1181 Paddock Rd.
B-Bldg., Annex, Dorm 1-8-B
Smyrna, Del. 19977

IM VERLIN ALEXANDER
SBI# 098778  B-Bldg., Annex
UNIT Dorm 1-8-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 NOV 2007 PM 2 T

District of Delaware
c/o Prothonotary Dept.
STATES DISTRICT
DEPARTMENT OF JUSTICE
United States District Court
844 North King Street
Lockbox 18
Wilm, Del.
19801