IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN J. ALEXANDER, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-01-JJF |
| RAPHAEL WILLIAMS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

**O R D E R**

At Wilmington, this 17 day of January, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Verlin J. Alexander's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. Petitioner's Letter Motion For An Evidentiary Hearing is **DENIED** as moot. (D.I. 32.)

3. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE